## LAW ENFORCEMENT ALPHA REPORT (SURFACE)

**Vessel Information**

USCGC / USS & LEDET: 109 embarked HNLMS HOLLAND    Report Time: 131814Z DEC 21 to JIATF S

1. DTG of Sighting: 131814Z DEC 21 Method: Ship / RHIB / Helo /(MPA)& Time Remaining On-Scene: 3+00 HH/MM

2. Initial Position / Course / Speed: 14-57.06N / 071-05.58W; Course: 010 Speed: 5kts
   Nearest Point of Land: Aruba    NM Distance to TTS: 130NM

3. Vessel Type: Private: (_) Motor (_) Sailing __# Masts
   (Go-Fast:) Open, Tarp (N); # Eng 02 Out-Board (Gas)
   Fishing: (_) Trawler/Dragger (_) Long Liner (_) Seiner (_) Shrimper (_) Troller (_) Other Commercial: (_)
   Tanker: (_) Tug W / O Tow (_) Freighter Bulk / Container (_) Supply

4. Vessel Name: NONE                          Is it painted? N/A

5. Registry Number: NONE                      Is it painted? N/A

6: Nationality: NONE                          7. Flag flown (Y / N) & Country: No

8. Homeport: NONE                             9. Length: 28 (FT)

10. Hull Color: White- Fiberglass & Hull Type - Bow (Raised) Deck (Well)

11. Superstructure Location: None             12. Superstructure Color: N/A

13. Waterline Color: Blue                     14. Trim Color: Blue

15. Exhaust Stack(s): None                    16. Cranes / Booms: None

17. Unit ESM Capable (N) & Data Capture (N)   18. Antennas (Type and Number): NONE
    (A) Radar (Can / Blade – Rotating (N) _____ (B) Long wire _____ (C) DF / Loop _____ (D) Whip_____

19. Claimed Purpose / Cargo: picking up packages        If fishing, targeted species & weight: N/A

20. Gear on Deck (N); Type: None

21. Activity & Suspicions (E.G.: Not engaged in fishing, DIW/Loitering, no one/too many people on deck, etc.):
Operating in a known drug trafficking vector, profile GFV, non-compliant with erratic speed and maneuvering, packages on deck and excessive fuel barrels observed on deck.

22. LPOC / Date: VEN 12DEC21    23. NPOC / Date: DOM REP 14DEC21

24. Master's Name, DOB, Nationality: PIC: Angel Alexander Gutierrez Romero, VEN, 28FEB1999
25. Total Persons On Board: 03 & Nationality: 01 COL, 01 VEN, 01 DOM REP

26. Unit Logistical Concerns (N)   27. Recommend Boarding (Y)

28. Prior Intel? (N) Source: N/A  EPIC Checked ? (N)  Board (Y)

29. WX: Winds: 080/20kts; Seas: 4ft/100T; Swells: 3ft/1kt; Visibility: 12nm; Baro: 1011 milibar (R / S / F)

30. TACON Shift Time: 131818Z DEC21  District: 7

DISC-00057