```
P
FM: DISTRICT 7 (DR)
TO:
INFO:
BT
UNCLAS //N16130//
SUBJ: LAW ENFORCEMENT/DRUG TRAFFICKING/LAT: 14°46.0 N LONG: 070°08.0 W
PERIOD: 130000Z DEC 21 - 132359Z DEC 21
```

1. SITUATION.
A. CURRENT STATUS: OPEN - IN PROGRESS
B. NOTIFICATION: 13 DEC 2021 COLT-88, TELEPHONE CALL TO COAST GUARD
C. NARRATIVE: WHILE ON PATROL, A JOINT INTERAGENCY TASK FORCE SOUTH (JIATF-S) MARITIME PATROL AIRCRAFT (MPA COLT 88) LOCATED A NORTHBOUND GO-FAST VESSEL (GFV) WITH 03 PERSONS ON BOARD (POB) AND 02 OUT-BOARD ENGINES (OBE), 142NM NORTH OF ARUBA. HNLMS HOLLAND (W/ LEDET 109) DIVERTED TO INTERCEPT. D7 ASSUMED TACTICAL CONTROL (TACON) OF HNLMS HOLLAND (W/ LEDET 109) FOR LE ACTION.
D. INVOLVED SUBJECTS:
PERSON NAME: UNKNOWN REPORTING PARTY, COLT-88, DOB: , ROLE:
ORG. NAME: D7CC, TEL: 305-415-6800, ROLE:
E. WEATHER:
NO WEATHER DATA RECORDED
2. ACTION TAKEN:
131818Z DEC21: INITIAL NOTIFICATION - WHILE ON PATROL, A JOINT INTERAGENCY TASK FORCE SOUTH (JIATF-S) MARITIME PATROL AIRCRAFT (MPA COLT 88) LOCATED A NORTHBOUND GO-FAST VESSEL (GFV) WITH 03 PERSONS ON BOARD (POB) AND 02 OUT-BOARD ENGINES (OBE), 142NM NORTH OF ARUBA. HNLMS HOLLAND (W/ LEDET 109) DIVERTED TO INTERCEPT. D7 ASSUMED TACTICAL CONTROL (TACON) OF HNLMS HOLLAND (W/ LEDET 109) FOR LE ACTION.
131818Z DEC21: ASSUME TACON HNLMS HOLLAND FROM 4.4
131842Z DEC21: SNO GRANTED
131908Z DEC21: NEPTUNE 19 MOVE IN FOR STEP 1, INEFFECTIVE
131909Z DEC21: STEP TWO INEFFECTIVE, REJECT STEP 3
131909Z DEC21: STEP 4 EFFECTIVE, TOI DIW IN POSN 14-56N 071-05W
131911Z DEC21: JETTISON 08 PACKAGES MARKED BY DMB IN POSN 14-56N 071-05W
131916Z DEC21: FRISC RECOVERED ONE PACKAGE
131918Z DEC21: FRISC HAS POSCON 14-57.06N 071-05.58W. 02 OBE, 03 POB, NO INDICIA OF NATIONALITY
131928Z DEC21: ISS COMPLETE, 04 PACKAGES RECOVERED
131935Z DEC21: HELO AND MPA CONFIRM NO OTHER PACAKGES VISIBLE IN JETTISON FIELD ATT
131936Z DEC21: VESSEL T.O.W., SHIFTING PEOPLE OVER TO FRISC FOR SOLAS
131941Z DEC21: VESSEL CAPSIZED IN POSN 14-57.40N 071-06.12W
132005Z DEC21: D7 SNO TO TWON THE VESSEL. GOOD TO CONDUCT NIK TESTS AND ION SCAN SWIPE HANDS OF POB.
132006Z DEC21: VESSEL SANK IN POSN 14-57.40N 071-06.12W
132009Z DEC21: POB XFERRED TO HOL
132010Z DEC21: WARNING SHOTS: FN GPMG MAG 7.62, 8 ROUNDS ACROSS THE BOW. DIABLING FIRE: HK 417, 7.62, 10 ROUNDS. 02 FRISCS RECOVERED
132031Z DEC21: 02 POSITIVE NIK TESTS, POSITIVE HITS FOR ION SCAN SWIPES ON HANDS, ALL POSTITIVE FOR PRESUMPTIVE COCAINE. REQUEST TO TREAT POB AS DETAINEES.
132034Z DEC21: SNO GRANTED TO TREAT AS DETAINEES
132036Z DEC21: CCIR TRIP: INITIAL - LE #5, #8
DATE/TIME INCIDENT: 131818Z DEC 21
DATE/TIME D7 NTFD: 131818Z DEC 21
VESSEL/FACILITY NAME: GFV
INCIDENT COMMANDER: D7
GEOGRAPHIC LOCATION: 142NM N ARUBA

WHILE ON A ROUTINE PATROL, A US GOVERNMENT COLT 88 MARITIME PATROL AIRCRAFT (MPA) LOCATED A NORTH BOUND PROFILE GO-FAST VESSEL (GFV) WITH 03 POB, 02 OUTBOARD ENGINE (OBE), AND REPORTED PACKAGES VISIBLE ON DECK 142NM N OF ARUBA. 4.4 SHIFTED TACON OF HNLMS HOLLAND (W/ LEDET 109 EMBARKED) TO D7 FOR INTERDICTION AND APPREHENSION (I&A). D7 GRANTED AN SNO TO HNLMS HOLLAND (AUF/SUF) FOR AN ROV BOARDING, TO STOP A NON-COMPLIANT VESSEL, INCLUDING WARNING SHOTS AND DISABLING FIRE (STEPS II AND IV) ON A PROFILE GO-FAST VESSEL REASONABLY SUSPECTED OF DRUG SMUGGLING IN INTERNATIONAL WATERS. NEPTUNE 19 CONDUCTED STEP II, 8 ROUNDS OF DISABLING FIRE, WHICH WAS INEFFECTIVE. NEPTUNE 19 CONDUCTED 10 ROUNDS OF DISABLING FIRE WHICH WAS EFFECTIVE. NEPTUNE 19 REPORTED 8 BALES

JETTISONED FROM THE GFV. HNLMS HOLLAND SMALL BOAT (FRISC) RECOVERED 4 BALES AND GAINED POSITIVE CONTROL (POSCON) OF THE GFV IN POSITION 14-57.06N 071-05.58W. THE GFV BEGAN TAKING ON WATER AND THE FRISC EMBARKED THE 03 POB FOR SAFETY CONCERNS. THE GFV CAPSIZED AND SANK IN POSITION 14-57.40N 071-06.12W. A PERSON IN CHARGE OF THE TOI WAS IDENTIFIED AND MADE A CLAIM OF VENEZUELAN NATIONALITY FOR HIMSELF AND NO CLAIM OF NATIONALITY FOR THE VESSEL. D7 GRANTED AN SNO TO TREAT THE VESSEL AS ONE WITHOUT NATIONALITY (TWON) AND ENFORCE U.S. LAWS. 03 POB (01 VEN/ 01 COL/ 01 DR) WERE EMBARKED ABOARD HNLMS HOLLAND. CASE PENDS.
132037Z DEC21: 110 KGS AT SEA WEIGHT. WHITE BURLAP SACKS WITH BLACK KILO SIZED PACKAGES WITH A RED STRIPE

132112Z DEC21: CCIR TRIP: UPDATE 1 - LE #5, #8
DATE/TIME INCIDENT: 131818Z DEC 21
DATE/TIME D7 NTFD: 131818Z DEC 21
VESSEL/FACILITY NAME: GFV
INCIDENT COMMANDER: D7
GEOGRAPHIC LOCATION: 142NM N ARUBA

121602R - THE BT CONDUCTED 02 NIK TESTS, WHICH RESULTED POSITIVE FOR COCAINE. D7 ISSUED AN SNO TO TREAT THE 03 POB AS DETAINEES. D7 GRANTED PERMISSION TO CONDUCT IONSCAN SWIPED OF THE DETAINEES' HANDS, WHICH YIELDED HITS FOR COCAINE. HNLMS HOLLAND REPORTED AN AT SEA WEIGHT OF 110 KGS. CASE PENDS.
132243Z DEC21: D7 DRE GRANTS BOARDING COMPLETE. WILL KEEP TACON UNTIL DETAINEE PLANS ARE WORKED OUT
3. PLANS AND RECOMMENDATIONS:
4. AMPLIFYING INFO:
5. SORTIE DATA:
**NO SORTIES RECORDED**