


# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE OPENED**
12/15/2021

**CURRENT CASE TITLE**
Interdiction of a Go-Fast Vessel and the arrest of 3...

**REPORT TITLE**
Interview of Angel Alexander GUTIERREZ-Romero.

**REPORTED BY**
Anthony Velez
SPECIAL AGENT

**APPROVED BY**
Richard Dunn
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/6/2022

### SYNOPSIS

On December 13, 2021, while on a routine patrol, a Maritime Patrol Aircraft (MPA) located a north bound profile Go-Fast Vessel (GFV) with 03 persons on board (POB), 02 outboard engine (OBE), and reported packages visible on deck, 142NM North of Aruba. HNLMS HOLLAND with Law Enforcement Detachment (LEDET) 109 embarked to interdict and apprehend. A "Statement of No Objection" (SNO) to HNLMS HOLLAND for a "Right of Visit" (ROV) boarding was granted, to stop a non-compliant vessel, on a profile go-fast vessel reasonably suspected of drug smuggling, displaying no indication of nationality, and located in international waters. All evidence and detainees were awarded to the Middle District of Florida (Tampa), for federal prosecution.

On December 22, 2021, at approximately 1000 hours, special agents assigned to PANEX Carlos Irizarry and Yenixa Perez conducted the interview of Angel Alexander GUTIERREZ-Romero. Details are contained within the narrative of this report.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Interdiction of a Go-Fast Vessel and the arrest of 3... |  | 1/6/2022 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

## DETAILS OF INVESTIGATION

DETAILS OF INVESTIGATION:

On December 22, 2021, at approximately 1000 hours, special agents assigned to PANEX Carlos Irizarry and Yenixa Perez conducted the interview of Angel Alexander GUTIERREZ Romero (hereinafter referred to as GUTIERREZ-Romero) in Miami, FL. GUTIERREZ-Romero was advised of the identity of the agents and purpose of the interview. Agents explained and advised of his Miranda Warnings which he waived and signed. The interview was conducted in GUTIERREZ-Romero's native language, Spanish.

The following is a summary of GUTERREZ-Romero's accounts of the events involving his arrest:

GUTIERREZ-Romero stated he was experiencing financial hardship in Venezuela, so he moved to Colombia to earn money and support his family. GUTIERREZ-Romero said he is a fisherman and he had been approached in the past by drug traffickers who have offered him to go on trips, but he claimed he never accepted the offers. GUTIERREZ-Romero alleged a Colombian male also known as Mono (NFI) sent a motorcycle driver to pick him up from his house and took him to a port where there was a boat and two other males (later identified as Pedro MOISES Martinez and Jose Enrique GOMEZ). Once there,

GUTIERREZ-Romero said he was threatened to get on the boat and was instructed to navigate to the Dominican Republic where they would deliver the drugs. GUTIERREZ-Romero said he was in fear of his life if he refused to get on the boat, so he boarded it. GUTIERREZ-Romero admitted to having knowledge of transporting illegal narcotics on the boat to be delivered to the Dominican Republic. Also, admitted to being the captain of the boat. GUTIERREZ-Romero alleged Jose Enrique GOMEZ' responsibility was to manage the GPS and Pedro MOISES-Martinez was a mariner.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Interdiction of a Go-Fast Vessel and the arrest of 3... |  | 1/6/2022 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.